# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 18cr1676 MMA |
| vs | ) | ABSTRACT OF ORDER |
| Diego Bautista-Fabian | ) | Booking No. 68224298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/2/18__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __0__ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Robert N. Block
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL     Clerk
by
Deputy Clerk
Kari-Lynn Bressi     X 4/15

Received __MSL__
DUSM

Crim-9 (Rev. 8-11)     ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY